UNITED STATES of America, Plaintiff–Appellee,

v.

**Miguel DOMINGO, Defendant–Appellant.**

No. 07–10437
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 26, 2008.

Paul Rhinehart Jones, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

---

* Honorable Jose E. Martinez, United States District Judge for the Southern District of Florida, sitting by designation.

1. *See* 8 C.F.R. §§ 208.13(b)(2)(iii)(A)-(B), 208.16(b)(2)(i)-(ii).

Miguel Domingo, McRae, GA, for Defendant–Appellant.

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Michael R. Duponte, retained counsel for Miguel Domingo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Domingo's convictions and sentences are **AFFIRMED.**